UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re: )
)
Kite, Sean Reuben Milan ) Case No. 16-22204 EEB
) Chapter 7
)
Debtor(s)

## STIPULATION FOR TURNOVER TO TRUSTEE

The Trustee, Harvey Sender, and the above-named Debtor(s) enter into this Stipulation as follows:

1. The Debtor(s) shall file all income tax returns for the year 2016 and any other prior years amended if not filed with the Internal Revenue Service and the State of Colorado and turnover copies of his/her/their 2016 Federal and State Income Tax Returns and supporting documentation as required by the Trustee by April 15, 2017 or as soon as filed or by the extension deadline, in order to determine the amount of the tax refund to which the bankruptcy estate may be entitled. Such supporting documentation shall include, but not be limited to, W2's and Form 1099's issued by Debtor(s) employer covering the petition date to the last pay period of the year ending December 31, 2016. All copies of tax returns and supporting documentation shall be either mailed or emailed to the Trustee c/o spierce@sww-legal.com simultaneously with the filing of the same.

2. If the Debtor(s) receive(s) any state or federal tax refund for the taxable year(s) set forth above, the Debtor(s) shall, within three (3) days after such refund is received, endorse the refund check as follows: "Pay to the order of Harvey Sender, Trustee@ and deliver such check to the Trustee.

3. All tax returns and refund checks shall be delivered to Harvey Sender, Trustee, 1660 Lincoln Street, Suite 2200, Denver, CO  80264. Upon receipt of any refund check(s), the Trustee will deposit the same in a trust account. The refund for the applicable year will be prorated as follows: The amount of the refund will be divided by the number of days in the year for which the taxes were overpaid; the quotient will then be multiplied by the number of days in that year following the date of the filing of the petition to determine the amount to be refunded to the Debtor(s). The amount of the tax refund which is not returned to the Debtor(s) will be retained for the benefit of the creditors of the estate. The total amount of non-exempt assets owing to the estate will be offset against any Federal and State tax refunds, if any, due the Debtor(s). The earned income credit will be returned to the Debtor(s).

4. The Debtor(s) agree and stipulate that the Trustee shall be entitled to obtain any document, report, return or tax refund check or information from the Internal Revenue Service, the Colorado Department of Revenue or any other taxing authority, and that the Trustee shall be deemed an authorized representative of the Debtor(s) under C.R.S. 39-21-113(4)(b) for the purpose of obtaining any such document, report, return or refund check. The Debtor(s) further authorize the Colorado Department of Revenue and Internal Revenue Service to provide the Trustee with copies of all reports and returns filed by the Debtor(s) for the tax years which are the subject of this Stipulation, as well as any information regarding the reports and returns, including, but not limited to, the status of the Debtor(s) tax refunds.

    5.    Debtor(s) hereby authorize the Trustee to send a letter to the IRS and Colorado Department of Revenue requesting that any refund checks for 2016 and any other refunds still owing to Debtor(s) on the date of filing be sent to the Trustee directly. In the event any portion of any such tax refund check is received by the Trustee is not property of the estate, such portion will be returned to Debtor(s).

    6.    Debtor(s) also agree to turn over the following documents no later than

_____ Bank Statements which include the date of filing;
_____ Pay Advice/Wage stubs, which include the date of filing;
_____ Tax Returns for the year \_\_\_\_, both Federal and State;
_____ Garnishment paperwork and paycheck stubs for 90 days prior to filing;
_____ Documentation concerning security interests of creditors in Debtor(s) assets;
_____ Amended Schedule(s):
\_\_\_x\_\_\_ Other: TRUSTEE WILL DEDUCT THE OTHER NON-EXEMPT ASSETS FROM THE EXEMPT PORTION OF THE TAX REFUNDS, IF ANY

The Debtor(s) agree(s) pay to the Trustee $ which is stipulated to be the value of the non-exempt assets: on the following terms:

$ in monthly payments are due on the day of each month beginning January, 2017 for the non-exempt assets.

    7.    It is further agreed that this Stipulation will be submitted to the United States Bankruptcy Court for entry as an Order without further notice and hearing. The Order approving this Stipulation shall be deemed an order directing Debtor(s) to timely comply with the Stipulation and shall have the force and effect of law as provided by the Bankruptcy Court, 11 U.S.C. Sec. 101 et seq.

DATED: January 19, 2017

X _____, Debtor
Email Address: KMAN Kite @ aol.com
Phone: 720-276-7356

Harvey Sender, Trustee, #7546
1660 Lincoln Street, Suite 2200
Denver, CO 80264
(303) 303-296-1999/(303) 296-7600 FAX
hsender@sww-legal.com

_____, Co-Debtor
Email Address:_____
Phone: _____

Attorney for Debtor(s), Reg. #32348