**UNITED STATES BANKRUPTCY COURT**
**District of Colorado**

**In re:**                                              **Case No.: 16–22204–EEB**
Sean Reuben Milan Kite                                  **Chapter: 7**
**Debtor(s)**

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

It appears to the Court that the original dividend check issued in the above referenced case to Claimant(s), Sean Reuben Milan Kite, in the amount of $4554.91, was not cashed or was returned as undeliverable.

On 1/7/21, Sean Reuben Milan Kite came forward as rightful claimant of these funds and filed an application for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a).

The application and supporting documentation establish that Sean Reuben Milan Kite is/are entitled to the unclaimed funds; accordingly, it is hereby ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $4554.91 held in unclaimed funds be made payable to Sean Reuben Milan Kite and be disbursed to the payee at the following address:

25100 E. 168th Ave, Brighton, CO 80603.

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

**Dated:** January 15, 2021                            By the Court: Elizabeth E. Brown
                                                       **U. S. Bankruptcy Judge**